UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Darren Starr</u>

         v.                                       Case No. 06-cv-487-PB

<u>Timothy Coulombe, et al.</u>


<u>O R D E R</u>

I hereby recuse myself from presiding over this case as Attorney Glenn Perlow has filed an appearance on behalf of the defendants.


SO ORDERED.


August 6, 2007                                             /s/ Paul Barbadoro
                                                                 Paul Barbadoro
                                                                 United States District Judge


cc:     Darren Starr, Pro Se
        Glenn Perlow, Esq.